Uniform Form DCM-13

# Commonwealth of Massachusetts

WORCESTER DIVISION

Worcester, ss.

A TRUE COPY ATTEST
4/26/12
DEPUTY SHERIFF

Chris Chilas
pro se
Plaintiff
v.
Associated Credit
Defendant

Civil Action No. 1262CV620

## SUMMONS
(Rule 4)

To defendant **Associated Credit** (name) of **115 Flanders Rd Westborough MA 01588** (address)

You are hereby summoned and required to serve upon **Chris Chitas** plaintiff('s attorney), whose address is **64 Sandra Dr Worcester MA 01604**, a copy of your answer to the complaint which is herewith served upon you, within 20 days after service of this summons, exclusive of the day of service. You are also required to file your answer to the complaint in the office of the Clerk of this court either before service upon plaintiff('s attorney), or within 5 days thereafter. If you fail to meet the above requirements, judgment by default may be rendered against you for the relief demanded in the complaint. You need not appear personally in court to answer the complaint.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will be barred from making such claim in any other action.

WITNESS, PAUL F. LOCONTO, Presiding Justice, on _____ (date)

*Thomas J. Noonan*

THOMAS J. NOONAN   CLERK

Note: (1) When more than one defendant is involved, the names of all defendants should appear in the action. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
(2) The number assigned to the complaint by the Clerk at commencement of the action should be affixed to this summons before it is served.

### RETURN OF SERVICE

On _____ (date of service) I served a copy of the within summons, together with a copy of the complaint in this action, upon the within named defendant, in the following manner (see Rule 4 (d) (1-5)):

_____
(signature)

_____
(name and title)

_____
(address)

Note: (1) The person serving the process shall make proof of service thereof in writing to the court and to the party or his attorney, as the case may be, who has requested such service. Proof of service shall be made promptly and in any event within the same time during which the person served must respond to the process. Rule 4(f).
(2) [illegible] returned to the person requesting service or his attorney.
(3) If service is made at the last and usual place of abode, the officer shall forthwith mail first class a copy of the summons to such last and usual place of abode, and shall set forth in the return the date of mailing and the address to which the summons was sent (G.L. c. 223, sec. 31).

Commonwealth of Massachusetts

Worcester SS  
District Court Civil Session

Docket# 12C2CV620

Christopher Chiras, Plaintiff

VS

Associated Credit, Defendant

## Complaint

1. Christopher Chiras of 61 Sandra Drive, Worcester, MA 01604 is the plaintiff.
2. Defendant is a collection agency located at
   Count One: Breach of Fair Debt Practices Act
3. On February 12, 2012 Plaintiff sent a cease and desist collection effort letter to the defendant. He received four (4) collection calls after that, each calling for a $1,000 fine under the law.

Wherefore the Plaintiff seeks damages of $4,000.00 plus court filing fees and a trial by jury.

Respectfully Submitted

Chris Chiras  
61 Sandra Drive  
Worcester, MA 01604  
508-754-4203