## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Chiras,**
      **Plaintiff,**

      **V.**

**Associated Credit Services,**
      **Defendant,**

**CIVIL ACTION**

**NO. 12-10871-TSH**

### ORDER OF DISMISSAL

**Hillman, D. J.**

In accordance with the Court's Memorandum and Order dated 7/23/12, granting the defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

      By the Court,

**7/23/12**
**Date**

**/s/ Martin Castles**
**Deputy Clerk**